ROBERT J. ROSATI, SBN: 112006
robert@erisalg.com
RAQUEL M. BUSANI, SBN: 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
KATHLEEN L. GARCIA

MISTY MURRAY (SBN 196870)
Misty.Murray@maynardnexsen.com
KAREN T. TSUI (SBM 3058969)
KTsui@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone: 310-596-4500

Attorneys for Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| KATHLEEN L. GARCIA,<br><br>            Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 1:24-CV-00166-JLT-SKO<br><br>**STIPULATION FOR A REQUEST TO CONTINUE TRIAL BRIEFING SCHEDULE AND MODIFY SCHEDULING ORDER (DOC 14); ORDER ON STIPULATION**<br><br>**(Doc. 18)** |

Plaintiff, KATHLEEN L. GARCIA ("Garcia") and Defendants METROPOLITAN LIFE INSURANCE COMPANY ("Defendants") by and through their respective counsel of record, hereby agree and stipulate to the following:

WHEREAS, on May 7, 2024, the Court issued its Scheduling Order and Setting Trial Brief Deadlines ("Scheduling Order") (Doc. 14).

**STIPULATION FOR A REQUEST TO CONTINUE TRIAL BRIEFING SCHEDULE AND MODIFY SCHEDULING ORDER (DOC 14); ORDER ON STIPULATION**

200526555.1

WHEREAS, the Court's Scheduling Order (Doc. 14), set the following relevant dates:

| | |
|---|---|
| Deadline to for the parties to jointly contact the Court to schedule a settlement conference: | **January 6, 2025** |
| Deadline to file Opening Trial Briefs: | **February 7, 2025** |
| Deadline to file Responsive Trial Briefs: | **February 28, 2025** |
| Deadline to file proposed findings of fact and conclusion of law: | **March 14, 2025** |

WHEREAS, on November 21, 2024, the parties jointly contacted the Court by email, explaining that due to the holidays and briefing schedule in the matter, they were requesting a settlement conference for early January 2025.   The parties provided three dates in early January 2026 for the Court's consideration.

WHEREAS, by email dated November 21, 2024, Ms. Wendy Kusamura, Courtroom Deputy for the Honorable Sheila K. Oberto, responded to the parties' email, and advised that the Court was not available in December 2024, or January 2025, and that the next available dates on the Court's calendar to schedule a settlement conference were February 4, 6, or 27, 2025.

WHEREAS, by email dated November 22, 2024, the parties requested that the Court reserve February 27, 204, for a settlement conference in the case, which was the only date all parties and counsel were available.

WHEREAS, by Minute Order dated November 22, 2024, the Court set a Settlement Conference for February 27, 2025, at 10:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

WHEREAS, the parties have met and conferred, and agree that to reduce the use of Court resources and in the interest of judicial economy, the briefing schedule ordered by the Court on May 7, 2024, and summarized above, should be amended and continued out at least one month from the date of the February 27, 2025, Settlement Conference, so that the parties may participate in the conference, before the preparation and filing of trial briefs, the fees and costs of which may

**STIPULATION FOR A REQUEST TO CONTINUE TRIAL BRIEFING SCHEDULE AND MODIFY SCHEDULING ORDER (DOC 14); ORDER ON STIPULATION**
-2-

200526555.1

be avoided if the parties settle the matter on February 27, 2025.

THEREFORE, based on the good cause summarized above, the parties hereby stipulate and request that the Court enter an order continuing the briefing and trial schedule in this action and modifying the Scheduling Order (Doc. 14) entered on May 7, 2024, as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| **Deadline to file Opening Trial Briefs:** | February 7, 2025 | March 28, 2025 |
| **Deadline to file Responsive Trial Briefs:** | February 28, 2025 | April 18, 2025 |
| **Deadline to file proposed findings of fact and conclusion of law:** | March 14, 2025 | May 2, 2025 |
| **Court Trial** | April 1, 2025 | May 20, 2025 |

IT IS SO STIPULATED.

Dated:      November 26, 2024      By:      */s/ Raquel M. Busani*
                                                    RAQUEL M. BUSANI,

                                                    Attorney for Plaintiff,
                                                    *Kathleen L. Garcia*

Dated:      November 26, 2024      MAYNARD NEXSEN LLP

                                        By:   */s/ Misty A. Murray*
                                                    MISTY A. MURRAY
                                                    Attorneys for Defendant
                                                    Metropolitan Life Insurance Company

//

**STIPULATION FOR A REQUEST TO CONTINUE TRIAL BRIEFING SCHEDULE AND MODIFY SCHEDULING ORDER (DOC 14); ORDER ON STIPULATION**
-3-

200526555.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having reviewed the foregoing Stipulation (Doc. 18), finds good cause to continue the trial briefing schedule in this action and modify the Scheduling Order (Doc. 14) entered on May 7, 2024, as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| **Deadline to file Opening Trial Briefs:** | February 7, 2025 | March 28, 2025 |
| **Deadline to file Responsive Trial Briefs:** | February 28, 2025 | April 18, 2025 |
| **Deadline to file proposed findings of fact and conclusion of law:** | March 14, 2025 | May 2, 2025 |
| **Court Trial** | April 1, 2025 | May 27, 2025 |

IT IS SO ORDERED.

Dated:   **November 27, 2024**                    _/s/ Sheila K. Oberto_
                                              UNITED STATES MAGISTRATE JUDGE

200526555.1