UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN L. GARCIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 1:24-cv-00166-JLT-SKO<br><br>**ORDER EXTENDING MARCH 14, 2025 DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>**(Doc. 28)** |

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, (Doc. 28), and for good cause shown, the deadline for the Parties to complete the settlement and file a Request for Dismissal shall be continued from March 14, 2025 to March 21, 2025.

IT IS SO ORDERED.

Dated:　**March 17, 2025**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE