1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHLEEN L. GARCIA**, | No. 1:24-cv-00166-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| **METROPOLITAN LIFE INSURANCE COMPANY**, | (Doc. 30) |
| Defendant. | |

    On March 31, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 30.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 24, 2025**           /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE